UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: |
| PEPPERTREE-ATLANTIC BEACH ASSOCIATION, INC. | 15-02700-5-DMW |
| Debtor-in-possession | Chapter 11 |

### NOTICE OF THE BANKRUPTCY ADMINISTRATOR OF THE INTENT TO ORGANIZE A COMMITTEE OF HOMEOWNERS

Pursuant to 11 U.S.C. § 1102, please take notice that a meeting of homeowners of the Peppertree-Atlantic Beach Association, Inc. will take place on **August 17, 2015 at 10:00 a.m.** at the **United States Bankruptcy Court, 150 Reade Circle, Greenville, North Carolina 27858**. The purpose of the meeting is to discuss the appropriateness of forming a committee of homeowners and seek Court approval to appoint a committee. You are urged to attend this meeting.

Respectfully submitted, this the 21st day of July, 2015.

/s/ C. Scott Kirk
C. Scott Kirk
Staff Attorney
N.C. State Bar No. 40349

Eastern District of North Carolina
150 Reade Circle
Greenville, NC 27858
252-917-6156

CERTIFICATE OF SERVICE

I, Amanda L. Gaster, of 150 Reade Circle, Greenville, North Carolina, 27858, certify: That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 21st day of July, 2015, I served copies of the following documents on

**Philip W. Paine**
*served electronically*

**Peppertree-Atlantic Beach Association, Inc.**
715 W Fort Macon Road
Atlantic Beach, NC 28512

James R. Kelly, Jr.
4228 Old Tar Rd.
Winterville, NC 28590

Clifton Felton, Jr.
1003 Northwoods Drive
Greenville, NC 27834

Burnadine Barrett
388 Albritton Rd.
Snow Hill, NC 28580

Barbara Hill
101 E. April Lane
Goldsboro, NC 27530

Darryl Cherry
64 Saint Roberts
Stafford, VA 23656

Janey Crumpler
1212 Dogwood Lane
Wilson, NC 27896

Shirley & Jackey Daniels
129 Trent Circle
Greenville, NC 27834

Mildred Burnett Jones
2120 White Oak Rd.
Raleigh, NC 27608

Chancy & Carolyn Edwards
1214 Bishopton Way
Knightdale, NC 27545

Elmer & Pattie Leary
9670 NC Hwy 43 South
Vanceboro, NC 28586

Thomas Michael Parkin
4133 Bailey Dr.
Winterville, NC 28590

James McKoy, Sr.
3016 Idlewood Village Dr.
Raleigh, NC 27610-5924

Betty P. Robertson
102 Garden Circle
Greenville, NC 27858

Julieta Estravilla/Lawson
23219 Stringtown Rd., #139
Clarksburg, MD 20871-9363

Jackie Gurley
1045 W. New Hope Rd.
Goldsboro, NC 27534

Charles & Nancy Smith
515 Crestline Blvd.
Greenville, NC 27834

Janet Potter
1613 N. Berkeley Blvd.
Goldsboro, NC 27534

Wade & Barbara Johnson
2602 Cherokee Dr.
Greenville, NC 27834

Paul H. Taylor, Jr.
6570 Hwy 70 East
Kinston, NC 28501

Ray G. Silverthorne, Jr.
123 Webster Lane
Vanceboro, NC 28586

Esther Perry
111 Greenock Court
Cary, NC 27511

Jackie & Norma Barett
814 Madison Ann Dr.
LaGrange, NC 28551

    I certify under penalty of perjury that the foregoing is true and correct.

    Dated:  July 21, 2015.

    / By:    /s/Amanda L. Gaster

                                          Amanda L. Gaster

                                          Administrative Assistant

Eastern District of North Carolina

150 Reade Circle

Greenville, NC 27858

252-917-6158