UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | |
| PEPPERTREE- ATLANTIC BEACH | ) | Case No. 15-02700-5-DMW |
| ASSOCIATION, INC. | ) | Chapter 11 |
| Debtor. | ) | |

## OBJECTION TO CLAIM

The Debtor, Peppertree-Atlantic Beach Association, Inc., by and through its undersigned counsel, objects to the following claim on the basis indicated:

| CLAIM NO. | NAME & ADDRESS OF CREDITOR (CLAIMANT) | AMOUNT OF CLAIM | BASIS OF OBJECTION & RELIEF REQUESTED |
|---|---|---|---|
| 2 | Howard & Jane Buffington 1155 Bacon Ridge Rd Crownsville, MD 21032 | $587.65 | The Debtor does not dispute that this claim is owed to the creditor. However, the amount owed is $1,172.35 as shown in Exhibit B to the Debtor's Disclosure Statement. |

DATED:  March 21, 2016

HENDREN, REDWINE & MALONE, PLLC

s/Jason L. Hendren
Jason L. Hendren
NC State Bar No. 26869
Rebecca F. Redwine
NC State Bar No.  37012
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
Telephone:  (919) 573-1422
Facsimile:  (919) 420-0475
Email: jhendren@hendrenmalone.com
Email: rredwine@hendrenmalone.com
ATTORNEYS FOR DEBTOR

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PEPPERTREE- ATLANTIC BEACH | ) | Case No. 15-02700-5-DMW |
| ASSOCIATION, INC. | ) | Chapter 11 |
|     Debtor. | ) | |

## NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN that Jason L. Hendren, Attorney for the above-captioned Debtor, has filed an Objection to Claim.

FURTHER NOTICE IS HEREBY GIVEN that the Objection to Claim filed by Jason L. Hendren, may be allowed provided no responses and request for a hearing is made by a party in interest in writing to the Clerk, United States Bankruptcy Court, 434 Fayetteville Street, Suite 620, Raleigh, North Carolina 27601, within **THIRTY (30) DAYS** from the date of this notice, and,

FURTHER NOTICE IS HEREBY GIVEN that any responses to Objection to Claim should also be mailed to Jason L. Hendren, Attorney for the Debtor, at the address given below.

FURTHER NOTICE IS HEREBY GIVEN, that if a response and request for a hearing is filed by a part in interest in writing within the time indicated, a hearing will be conducted on the Objection to Claim and Response thereto at a date, time and place to be later set by the Court and all interest parties will be notified accordingly. If no request for hearing is timely filed, the Court may rule on the Objection to Claim and Response thereto *ex parte* without further notice.

DATED: March 21, 2016

                                                           **HENDREN, REDWINE & MALONE, PLLC**
                                                           s/Jason L. Hendren
                                                           Jason L. Hendren
                                                           NC State Bar No. 26869
                                                           Rebecca F. Redwine
                                                           NC State Bar No. 37012
                                                           4600 Marriott Drive, Suite 150
                                                           Raleigh, NC  27612
                                                           Telephone:  (919) 573-1422
                                                           Facsimile:  (919) 420-0475
                                                           Email: jhendren@hendrenmalone.com
                                                           Email: rredwine@hendrenmalone.com
                                                           ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

I, Jason L. Hendren, 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 21st day of March, 2016, I served copies of the foregoing on the parties listed below by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: March 21, 2016

        **HENDREN, REDWINE & MALONE, PLLC**

        s/Jason L. Hendren
        Jason L. Hendren
        NC State Bar No. 26869
        Rebecca F. Redwine
        NC State Bar No. 37012
        4600 Marriott Drive, Suite 150
        Raleigh, NC 27612
        Telephone: (919) 573-1422
        Facsimile: (919) 420-0475
        Email: jhendren@hendrenmalone.com
        Email: rredwine@hendrenmalone.com
        ATTORNEYS FOR DEBTOR

TO:

C. Scott Kirk         (via CM/ECF)
*Counsel for the Bankruptcy Administrator*

Peppertree- Atlantic Beach Association, Inc.
P.O. Box 1068
Atlantic Beach, NC 28512

Howard & Jane Buffington
1155 Bacon Ridge Rd
Crownsville, MD 21032